NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TYRONE COLEMAN,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7021

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-3767, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Tyrone Coleman moves to voluntarily withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

TYRONE COLEMAN V. SHINSEKI                                           2

    (2)  Each side shall bear its own costs.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

   s21

Issued as a Mandate:  April 9, 2013